# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 9, 2025

_____

RESPONSE REQUESTED - SIMILAR CASES
_____

No. 23-4308,  US v. Hatchet Speed
              1:22-cr-00165-MSN-1

TO:    United States of America
       Hatchet M. Speed

RESPONSE DUE: 06/12/2025

Response is required to the notice requesting information regarding similar cases on or before 06/12/2025. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

Kirsten Hancock, Deputy Clerk
804-916-2704