FILED: November 25, 2025

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 23-4308
(1:22-cr-00165-MSN-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

HATCHET M. SPEED

      Defendant - Appellant

_____

O R D E R

_____

This case is currently calendared for oral argument on December 12, 2025.

Upon consideration of appellee's unopposed motion to file a supplemental response brief, the court grants the motion and accepts the supplemental response brief as filed.

For the Court

/s/ Nwamaka Anowi, Clerk