FILED: December 3, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4308
(1:22-cr-00165-MSN-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

HATCHET M. SPEED

    Defendant - Appellant

_____

O R D E R
_____

This case is scheduled for oral argument on December 12, 2025.

Appellant has filed a motion to present oral argument by videoconference. Appellee does not oppose appellant's motion but intends to present argument in person. The court grants appellant's motion to present argument by videoconference.

For the Court

/s/ Nwamaka Anowi, Clerk